

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00729-CR

**EX PARTE** Jose Eleazar **MARMOLEJO-PALACIOS**

From the County Court, Zapata County, Texas
Trial Court No. CR-08507
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. This court's August 9, 2023 stay is LIFTED.

SIGNED August 27, 2025.

_____
Adrian A. Spears II, Justice